

# In the Missouri Court of Appeals
# Eastern District

JULY 12, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102913    PHILLIP PARISH, APP V STATE OF MISSOURI, RES

2.      ED103110 JEREMY R. HARLEY, APP V STATE OF MISSOURI, RES

3.      ED103237 PAULA A. BROSS, RES V DAVID M. BROSS, APP